# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| EGONDU KATE KOKO, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 7:24-cv-01337-LCB-JHE |
| KIMBERLY NEELY, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On May 21, 2025, the magistrate judge entered a Report and Recommendation, recommending that the petition for a writ of habeas corpus be dismissed with prejudice. (Doc. 8). On June 2, 2025, the court received objections from the petitioner. (Doc. 9).

In her petition, the petitioner sought release to home confinement under the CARES Act.[1] (Doc. 1). The magistrate judge found that the petitioner has no enforceable constitutional right to release to home confinement as a general matter and that, in any case, the CARES Act does not grant district courts authority to transfer federal inmates to home confinement. (Doc. 8 at 2-6). In response, the petitioner contends that she has exhausted her administrative remedies, that she has unfairly been subjected to a final order of removal, and that she is nonviolent and not a flight risk. (Doc. 9).

None of these objections address the magistrate judge's conclusions or recommendations. The magistrate judge did not find that the petition was unexhausted, so the petitioner's first

---

[1] The "CARES Act" is the shortened form of the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. No. 116–136, § 12003(b)(2), 134 Stat. 281, 516 (codified at 18 U.S.C. § 3621), and authorizes home confinement as an alternative to incarceration if certain conditions are met.

objection is OVERRULED. The magistrate judge also did not base his recommendation on the fact that the petitioner is subject to a final order of removal, a flight risk, or violent, so the petitioner's second and third objections are also OVERRULED.

The court has considered the entire file in this action, together with the report and recommendation and the petitioner's objections, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved. Accordingly, the court hereby **ADOPTS and APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of this court, and **DISMISSES** the petition for a writ of habeas corpus. A separate order will be entered.

**DONE** and **ORDERED** this June 4, 2025.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE